UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

KESTON CHARLES,

                                 Plaintiff,

      -against-

JONATHAN RIVERA and KEVIN FRANCO
,

                                 Defendants.

-----------------------------------------------------------------------x

**DEFENDANTS'
PROPOSED SPECIAL
INTERROGATORIES**

14 CV 259 (PKC)

           Defendants Jonathan Rivera and Kevin Franco, by their attorney ZACHARY W.

CARTER, Corporation Counsel of the City of New York, pursuant to Rule 49 of the Federal

Rules of Civil Procedure, hereby submit the following Proposed Special Interrogatories:

1.      Did Sergeant Rivera reasonably believe, even if mistaken, that plaintiff turned towards him with a gun in his hand immediately before the first volley of shots?

           Yes_____         No_____

2.      Did Sergeant Rivera reasonably believe, even if mistaken, that plaintiff turned towards him with a gun in his hand immediately before the second volley of shots?

           Yes_____         No_____

3.      Did Sergeant Rivera reasonably believe, even if mistaken, that plaintiff turned towards him with a gun in his hand immediately before the third volley of shots?

           Yes_____         No_____

3.      Did Sergeant Rivera shoot plaintiff after he dropped the gun and surrendered?

Yes_____          No_____

Dated: New York, New York
        June 11, 2017

ZACHARY W. CARTER
Corporation Counsel of the City of
New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
Tel:  (212) 356-3540/3527

By:            /s/
_____
        Elissa B. Jacobs
        Brian Francolla

2